THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Wyman Kevin McIntosh, Appellant.
 
 
 

Appeal From Lexington County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2006-UP-033
Submitted January 3, 2006  Filed January 12, 2006

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Wyman Kevin McIntosh appeals his convictions for voluntary manslaughter, burglary, kidnapping, strong-arm robbery, and criminal conspiracy.  Counsel for McIntosh attached to the final brief a petition to be relieved as counsel.  McIntosh did not file a separate pro se response.  
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss McIntoshs appeal and grant counsels petition to be relieved.[1] 
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.